■ BARBARA C., Respondent, v PHILIP V., Appellant. — In a filiation proceeding, the appeal is from a nondispositional order of the Family Court, Nassau County (Kutner, J.), dated February 9, 1982, which adjudged appellant to be the father of petitioner's child. Permission for the taking of this appeal is hereby granted. Order affirmed, without costs or disbursements. No opinion. Gibbons, J. P., Thompson, Niehoff and Rubin, JJ., concur.